**In re Kelvin Andre SPOTTS,
Petitioner.**

No. 03–6572.

United States Court of Appeals,
Fourth Circuit.

Submitted June 10, 2003.

Decided June 25, 2003.

Kelvin Andre Spotts, Petitioner Pro Se.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Kelvin Andre Spotts petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to compel partial summary judgment and to grant partial summary judgment on his underlying 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*